# EXHIBIT 1



No. 205

# EXECUTIVE ORDER

### QUARANTINE RESTRICTIONS ON TRAVELERS ARRIVING IN NEW YORK

**WHEREAS,** the State of New York has successfully slowed the transmission of COVID-19;

**WHEREAS,** the State of New York has gone from having the highest infection rate to one of the lowest in the country and is one of only a few states reported to be on track to contain COVID-19;

**WHEREAS,** the Governor has undertaken a cautious, incremental and evidence-based approach to reopening the State of New York;

**WHEREAS,** other states that may have taken a less cautious approach are experiencing an increased prevalence of COVID-19;

**WHEREAS,** New York must work in conjunction with its neighboring states of New Jersey and Connecticut, in light of the significant risk posed to the health and welfare of all residents by the further spread of COVID-19 to the tristate area, to protect the progress made;

**NOW, THEREFORE,** I, Andrew M. Cuomo, Governor of the State of New York, by virtue of the authority vested in me by the Constitution and the Laws of the State of New York, in particular Article IV, section one, I do hereby order and direct as follows:

The commissioner of the Department of Health to issue a travel advisory to be communicated widely at all major points of entry into New York, including on highway message boards and in all New York airports, that:

All travelers entering New York from a state with a positive test rate higher than 10 per 100,000 residents, or higher than a 10% test positivity rate, over a seven day rolling average, will be required to quarantine for a period of 14 days consistent with Department of Health regulations for quarantine.

The Commissioner may issue additional protocols for essential workers, or for other extraordinary circumstances, when a quarantine is not possible, provided such measures continue to safeguard the public health.

The criteria and the protocols will be coordinated with New Jersey and Connecticut Commissioners of Health, in order to ensure that the tristate area is protected from community transmission of COVID-19, while permitting free travel between and among the states.

The Commissioner of Health in New York shall make public the impacted jurisdictions on its website and such travel advisory will be effective at 12:01 a.m. on June 25, 2020, until rescinded by the Commissioner.

Any violation of a quarantine or isolation order issued to an individual pursuant to the Commissioner of the Department of Health's travel advisory by a local department of health or state

department of health may be enforced pursuant to article 21 of the public health law, and non-compliance may additionally be deemed a violation pursuant to section 12 of the public health law subject to a civil penalty of up to $10,000.



GIVEN under my hand and the Privy Seal of the State in the City of Albany this twenty-fourth day of June in the year two thousand twenty.

BY THE GOVERNOR

Secretary to the Governor