# EXHIBIT 3

# Restricted States

Based upon Governor Cuomo's Executive Order 205, issued June 25, 2020, the following states meet the criteria for required quarantine:

- Alabama
- Arkansas
- Arizona
- California
- Florida
- Georgia
- Iowa
- Idaho
- Louisiana
- Mississippi
- Nevada
- North Carolina
- South Carolina
- Tennessee
- Texas
- Utah

This is based upon a seven day rolling average, of positive tests in excess of 10%, or number of positive cases exceeding 10 per 100,000 residents.