AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| CYNTHIA PAGE <br><br> *Plaintiff(s)* <br><br> v. <br><br> ANDREW CUOMO, in his official capacity as Governor of the State of New York; HOWARD A. ZUCKER, in his official capacity as Commissioner, Department of Health of the State of New York, <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-732 (DNH/TWD) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANDREW CUOMO, in his official capacity as Governor of the State of New York, New York State Capitol Building, Albany, NY 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Yerushalmi
American Freedom Law Center
dyerushalmi@americanfreedomlawcenter.org
383 Kingston Avenue, Suite 103
Brooklyn, New York 11213
Tel: 646.262.0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 7/1/2020

s/ Kimberly Pikarsky

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ANDREW CUOMO, in his official capacity as Governor of the State of New York</u>
was received by me on *(date)* <u>July 2, 2020</u>

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I caused the Complaint, Summons, civil cover sheet, filing order, 2020 Complete Local Rules, and Standing Order to be delivered to an Assistant Attorney General (Shannan Krasnokutski, Shannan.Krasnokutski@ag.ny.gov) for service of process.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: <u>July 2, 2020</u>

<u>/s/</u>
Server's signature

<u>David Yerushalmi, Attorney for Plaintiff</u>
*Printed name and title*

<u>383 Kingston Avenue, Suite 103, Brooklyn, NY 11213</u>
*Server's address*

Additional information regarding attempted service, etc: