IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA PAGE,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW CUOMO, in his official capacity as Governor of the State of New York; HOWARD A. ZUCKER, in his official capacity as Commissioner, Department of Health of the State of New York,<br><br>        Defendants. | No. 1:20-cv-732 (DNH/TWD)<br><br>Hon. David N. Hurd<br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiff Cynthia Page ("Plaintiff") hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment filed on August 11, 2020 (Dkt. No. 20), based on the District Court's Memorandum-Decision & Order filed on August 11, 2020 (Dkt. No. 19), denying Plaintiff's motion for preliminary injunction (Dkt. No. 7) and granting Defendants' motion to dismiss (Dkt. No. 11). The order and judgment have adjudicated all claims as to all parties.

        Respectfully submitted,

        AMERICAN FREEDOM LAW CENTER

        /s/ *David Yerushalmi*
        David Yerushalmi, Esq. (NY Bar No. 4632568; DC Bar No. 978179; Cal. Bar No. 132011; Ariz. Bar No. 0096)
        383 Kingston Avenue
        Suite 103
        Brooklyn, New York 11213
        Tel: (646) 262-0500; Fax: (801) 760-3901

        /s/ *Robert J. Muise*
        Robert J. Muise, Esq.* (MI P62849)
        PO Box 131098
        Ann Arbor, Michigan 48113
        Tel: (734) 635-3756; Fax: (801) 760-3901
        rmuise@americanfreedomlawcenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: none.

AMERICAN FREEDOM LAW CENTER

*/s/ David Yerushalmi*
David Yerushalmi, Esq.